1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
3  208 South Jones Boulevard
   Las Vegas, Nevada 89107
4  Telephone:  702 258-8200
   Fax:  702 258-8787
5
   and
6
7  MARK S. BOSCO, ESQ.
   Arizona Bar No. 010167
8  TIFFANY & BOSCO, P.A.
   2525 East Camelback Road, Suite 300
9  Phoenix, Arizona 85016
   Telephone: (602) 255-6000
10
11 HSBC Bank USA as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through
   Certificates Series 2005-AR6
12 09-75238 / 1256021386

13                          **UNITED STATES BANKRUPTCY COURT**

14                                  **DISTRICT OF NEVADA**

15

16 In Re:                                          | 09-22722-mkn

17 Robin Ileen Smith                               | Motion No.
                                                    | Date:  9/9/09
18                                                  | Time:  1:30 p.m.

19                          Debtor.                 | Chapter 7

20         **WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**

21        Notice is hereby given that the Motion for Relief from the Automatic Stay of Secured Creditor

22 HSBC Bank USA as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through

23
   Certificates Series 2005-AR6 filed on the _30th_ day of _July_, 2009 is hereby withdrawn.
24

25 …

26 …

…

DATED this 1st day of September, 2009.

                                      WILDE & ASSOCIATES

                                      /s/ Gregory L. Wilde

By_____
        **GREGORY L. WILDE, ESQ.**
        Attorney for Secured Creditor
        208 South Jones Boulevard
        Las Vegas, Nevada 89107